THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of:  Landon J.R., A minor 
 under the age of seventeen,        Appellant.
 
 
 

Appeal From Aiken County
Peter R. Nuessle, Family Court Judge

Unpublished Opinion No. 2003-UP-042
Submitted November 20, 2002  Filed 
 January 15, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for respondent.
 
 
 

 PER CURIAM:          
 Landon J.R. pled guilty to second-degree burglary, simple possession of marijuana, 
 unlawful possession of a controlled substance, and one count of unlawful possession 
 of a prescription drug and was committed to the South Carolina Department of 
 Juvenile Justice for an indeterminate period of time.  Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Landons counsel attached a petition 
 to be relieved.  Landon did not file a pro se response.
After review of the record pursuant
to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Landons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.